# Court of Appeals
# of the State of Georgia

ATLANTA,  June 18, 2026

*The Court of Appeals hereby passes the following order:*

## A26A0726. LATANYA RHODES v. HOSPITALITY VENTURES MANAGEMENT, LLC et al.

In this premises liability action, Latanya Rhodes previously filed a discretionary application in this Court contending that the trial court erred by granting summary judgment to Hospitality Ventures Management, LLC and related entities. See Case No. A26D0089. That application was denied on October 3, 2025. In the present matter, Rhodes attempts to appeal the same summary judgment order, revisiting her previous arguments and attempting to add several more. It is settled, however, that a party "is not entitled to another bite at the apple by way of a second appeal." *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001). See also *Guthrie v. Wickes*, 295 Ga. App. 892, 894(2) (673 SE2d 523) (2009) ("An order denying an application for discretionary review invokes the doctrine of res judicata when ... the judgment appealed from is final and on the merits."). Accordingly, we lack jurisdiction to hear Rhodes's current appeal, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  06/18/2026

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*